ACCEPTED
05-14-00429-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/29/2014 2:44:16 PM
LISA MATZ
CLERK

| Appellate Docket Number: | 05-14-00429-CR |
|---|---|
| Appellate Case Style: Style: | Natisha Morgan |
| Vs. | State of Texas |
| Companion Case: | |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/29/2014 2:44:16 PM

LISA MATZ
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: Natisha | ☒ Lead Attorney |
| Middle Name: | First Name: Julie |
| Last Name: Morgan | Middle Name: |
| Suffix: | Last Name: Woods |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ Retained ☐ District Attorney ☒ Public Defender |
| Pro Se: ○ | Firm Name: Dallas County Public Defender's Office |
| | Address 1: Appellate Division |
| | Address 2: 133 N. Riverfront Blvd., LB-2 |
| | City: Dallas |
| | State: Texas    Zip+4: 75207 |
| | Telephone: (214) 653-3550    ext. |
| | Fax: (214) 653-3539 |
| | Email: Julie.Woods@dallascounty.org |
| | SBN: 24046173 |
| | Add Another Appellant/Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☐ Lead Attorney

First Name: Michael

Middle Name:

Last Name: Casillas

Suffix:

☐ Appointed ☐ Retained ☒ District Attorney ☐ Public Defender

Firm Name: Dallas County District Attorney's Office

Address 1: Appellate Section

Address 2: 133 N. Riverfront Blvd., LB-19

City: Dallas

State: Texas          Zip+4: 75207

Telephone: (214) 653-3600          ext.

Fax:

Email: Michael.Casillas@dallascounty.org

SBN:                    Add Another Appellee/ Attorney

---

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Property Offenses

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: March 21, 2014

Offense charged: Arson of a habitation

Date of offense: December 9, 2011

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: April 7, 2014

If mailed to the trial court clerk, also give the date mailed :

April 3, 2014

Punishment assessed: 5 years TDCJ

Is the appeal from a pre-trial order?  ☐ Yes  ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☐ No

---

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☐ Yes  ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☐ No   If yes, date filed:

Other:  ☐ Yes  ☐ No             If yes, date filed:

If other, please specify:

---

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA     If yes, date filed:

Date of hearing:                    ☐ NA

Date of order:                      ☐ NA

Ruling on motion: ☒ Granted  ☐ Denied  ☐ NA     If granted or denied, date of ruling: December 16, 2014

## VIII. Trial Court And Record

Court: Criminal District Court No. 4

County: Dallas

Trial Court Docket Number (Cause no): F12-71566-K

Trial Court Judge (who tried or disposed of the case):

First Name: Dominique

Middle Name:

Last Name: Collins

Suffix:

Address 1: Criminal District Court No. 4

Address 2: 133 N. Riverfront Blvd., LB-41

City: Dallas

State: Texas          Zip + 4: 75207

Telephone: (214) 653-5932      ext.

Fax: (214) 712-5015

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☐ Yes ☒ No

If yes, date requested:

If no, date it will be requested: already filed

Were payment arrangements made with clerk?   ☐ Yes ☒ No

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes ☐ No

Was reporter's record requested?   ☐ Yes ☒ No

Was the reporter's record electronically recorded?   ☐ Yes ☐ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes ☒ No

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Charon

Middle Name:

Last Name: Evans

Suffix:

Address 1: Criminal District Court No. 4

Address 2: 133 N. Riverfront Blvd.

City: Dallas

State: Texas          Zip + 4: 75207

Telephone: (214) 653-5933      ext.

Fax:

Email:

☐ Court Reporter      ☐ Court Recorder

☐ Official      ☐ Substitute

First Name:

Middle Name:

Last Name:

Suffix:

Address 1:

Address 2:

City:

State:    Texas      Zip + 4:

Telephone:      ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:      Court:

Style:

    Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)      Date: December 29, 2014

State Bar No: 24046173

Printed Name:

Electronic Signature: Julie Woods      Name: Julie Woods

(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on December 29, 2014 .

Signature of counsel (or pro se party)

Electronic Signature: Julie Woods

(Optional)

State Bar No.: 24046173

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;

(2) the name and address of each person served, and

(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: December 29, 2014

Manner Served: eServe

First Name: Michael

Middle Name:

Last Name: Casillas

Suffix:

Law Firm Name: Dallas County District Attorney's Office

Address 1: Appellate Section

Address 2: 133 N. Riverfront Blvd., LB-19

City: Dallas

State Texas                    Zip+4: 75207

Email: Michael.Casillas@dallascounty.org

05-14-00429-CR

CAUSE NO. F-1271566-K

| THE STATE OF TEXAS | § | IN THE 5th |
| VS. | § | |
| _Natisha Morgan_ | § | DISTRICT COURT OF DALLAS |
| | § | DALLAS COUNTY, TEXAS. |

## N O T I C E   O F   A P P E A L.

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOW, _Notisha Morgan_, DEFENDANT WITHIN 30 DAYS OF HIS CONVICTION, AND FILES THIS HIS NOTICE OF APPEAL TO THE FIFTH DISTRICT COURT OF APPEALS ON SAID CONVICTION IN THE ABOVE MENTIONED CAUSE NUMBER.

CONVICTION DATE: _3-21-2014_

EXECUTED ON THIS _2nd_ DAY OF _April_, 20_14_

RESPECTFULLY SUBMITTED,

_1401 6606_

_Natish M_

FILED
14 AUG 20 PM 2: 22
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

FILED IN
COURT OF APPEALS
APR 0 7 2014
LISA MATZ
CLERK, 5th DISTRICT

Natisha Morgan #1401666
Kays Tower 4-E
Po Box 660334
Dallas Tx 75266

752023460B

NORTH TEXAS TX PSDC
DALLAS TX 750
03 APR 2014 PM 6 L

FOREVER
USA

Bank Swallow

Honorable Judge
Juanita Gatlas
Frank Crowley Court
133 N. Riverfront Blvd
Dallas Tx 75207
Court of appeals Dallas
5th District... Floor
Dallas Tx 75202

Cause No. F1271566

| THE STATE OF TEXAS | § | IN THE _CRIMINAL_ |
|---|---|---|
| VS. | § | DISTRICT COURT _4_ |
| NATISHA MORGAN | § | DALLAS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____
Judge

3-21-14
Date Signed

FILED
2014 MAR 21 AM 11:27
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any):

_____
Defendant's Counsel
State Bar No.: 02395800
Mailing Address:

Telephone #:
Fax # (if any):

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).